JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD ABELAR, | Case No. CV 15-9424-ODW (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| AMY MILLER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the First Amended Petition is DENIED and this action is DISMISSED with prejudice.

Dated: February 13, 2017

HONORABLE OTIS D. WRIGHT, II
United States District Judge